JS 44  (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

NATHANA REBECCA  FREDERICK

JIMMY FREDERICK

**(b)** County of Residence of First Listed Plaintiff   Ector
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

David "Mac" McKeand

### DEFENDANTS

MIDLAND MEMORIAL HOSPITAL

LTAC CONTINUING CARE

County of Residence of First Listed Defendant   ECTOR
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Melinda Hamm

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government<br>Plaintiff | ☒ 3  Federal Question<br>*(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government<br>Defendant | ☐ 4  Diversity<br>*(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>  & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>  Student Loans<br>  (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>  of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>  Liability<br>☐ 320 Assault, Libel &<br>  Slander<br>☐ 330 Federal Employers'<br>  Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>  Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>  Product Liability<br>☐ 360 Other Personal<br>  Injury<br>☐ 362 Personal Injury -<br>  Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>  Product Liability<br>☐ 367 Health Care/<br>  Pharmaceutical<br>  Personal Injury<br>  Product Liability<br>☐ 368 Asbestos Personal<br>  Injury Product<br>  Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>  Property Damage<br>☐ 385 Property Damage<br>  Product Liability | ☐ 625 Drug Related Seizure<br>  of Property 21 USC 881<br>☐ 690 Other<br><br><br><br><br><br><br>**LABOR**<br>☐ 710 Fair Labor Standards<br>  Act<br>☐ 720 Labor/Management<br>  Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>  Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>  Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>  28 USC 157<br>**INTELLECTUAL<br>PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>  New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets<br>  Act of 2016<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>  3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>  Corrupt Organizations<br>☐ 480 Consumer Credit<br>  (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer<br>  Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>  Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☒ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>  Accommodations<br>☐ 445 Amer. w/Disabilities -<br>  Employment<br>☐ 446 Amer. w/Disabilities -<br>  Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>  Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>  Conditions of<br>  Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>  Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>  or Defendant)<br>☐ 871 IRS—Third Party<br>  26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>  Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>  Act/Review or Appeal of<br>  Agency Decision<br>☐ 950 Constitutionality of<br>  State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original<br>Proceeding | ☐ 2 Removed from<br>State Court | ☐ 3 Remanded from<br>Appellate Court | ☐ 4 Reinstated or<br>Reopened | ☐ 5 Transferred from<br>Another District<br>*(specify)* | ☐ 6 Multidistrict<br>Litigation -<br>Transfer | ☐ 8 Multidistrict<br>Litigation -<br>Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S. Code § 1983

Brief description of cause:
acting under color of state law,  defendants deprived jIMMY fREDERICK of certain rights under the United States Constitution.these doctors violate

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE  12/24/2025

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT
### MIDLAND DIVISION

| | | |
|---|---|---|
| NATHANA REBECCA FREDERICK, INDIVIDUALLY, AND AS NEXT OF FRIEND OF JIMMY FREDERICK DECEASED | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. |
| MIDLAND MEMORIAL HOSPITAL LTAC CONTINUING CARE | § § § § | JURY TRIAL REQUESTED |

### COMPLAINT

TO THE HONORABLE COURT:

JIMMY FREDERICK , the plaintiff, complains of MIDLAND MEMORIAL HOSPITAL AND LTAC CONTINUING CARE,  defendants, bring this action pursuant to 42 U.S. Code § 1983 and for cause of action shows:

### I. PARTIES

a. The plaintiff, JIMMY FREDERICK, is a DECEASED  individual residing in Ector County at the time of his death.

PLAINTIFF, **NATHANA REBECCA  FREDERICK**, is next of Friend of Jimmy Frederick and resides in Ector County.

b. The Defendant, MIDLAND MEDICAL CENTER, is a health care institution and an emergency medical service provider, who has agreed to waive service.

The Defendant LTAC Continuing Care is a health care institution and an emergency medical service provider, who has agreed to waive service.

## II. JURISDICTION AND VENUE

1. This action arises under 42 U.S.C. § 1983. Jurisdiction is conferred upon this Court by 28 U.S.C. § 1331.

2. Venue is proper in the Western District of Texas pursuant to 28 U.S.C. § 1391(b) because the unlawful acts and practices alleged herein occurred within this judicial district in Ector County, Texas.

3. Plaintiff's counsel sent pretrial notices to Defendants of a health care claim under Section 74.051of the Texas Medical Liability Act. Defendant's counsel responded to the Notice that Defendant was a Texas Medical Hospital District and a government entity.

## III. FACTS

Plaintiff was admitted to Midland Memorial Hospital 12-12-23. Multiple progress notes stated "he could not go home as his wife could not do all the required care." Almost the entire time Jimmy was in the facility he was chemically restrained in violation of Federal Nursing Home Reform Act.

Admission notes state he had a stage 2 sacral ulcer and an erythematous scrotum. Discharge on 12-29-23 was to home with his elderly wife, despite multiple reports that this was unsafe. The discharge summery reports that he had used up all of his SNF benefits and his only options for disposition is home with home health care and family going to hire home med.

Plaintiff's elderly wife was incapable of caring for him, because she lacked the knowledge and training, as well as the physical demands.

On 1-12-24 he was admitted to Medical Center hospital. He was dehydrated and had multiple pressure ulcers in at least 10 different sites. On 1-27-24 he had a cardiac arrest and died.

## IV. VIOLATIONS OF HEALTH AND SAFETY CODE 166

Plaintiff's wife she did not sign a DNR when the patient was at Medical Center Hospital. As the patient is unable, she would be the only approved to sign a DNR. There is a DNR status mentioned in the ER and Hand P. When He died on 1-27-24 nurse reports the patient was DNR/DNI , so she did not call for heroic efforts to save his life[1]. No efforts were made to save his life on 1-27-24. Defendants failed to use a defibrillator, a piece of personal property, to revive Mr. Frederick.  The failure to perform CPR on a patient, who is full code is a violation of standard of care.

## V.  42 U.S. Code § 1983

1983 of Title 42 of the United States Code, contending that, acting under color of state law,  defendants deprived Frederick of basic medical care.  Although admitted, and a patient at Midland Medical and LTAC Continuing care, both facilities  failed to even keep his body dry in clean in a manner which would have prevented or cured pressure wounds or bed sores.  They provided him virtually no medical care and discharged him to the care of his elderly spouse with no training or ability to care for him.

These facilities doctors acted with deliberate indifference, failing to exam the Plaintiff, failing to prevent or cure the rotting pressure sores violations of due process, equal protection, and

---

[1]Health and Safety Code Sec. 166.048.  CRIMINAL PENALTY;  PROSECUTION.  (a) A person commits an offense if the person intentionally conceals, cancels, defaces, obliterates, or damages another person's directive without that person's consent.  An offense under this subsection is a Class A misdemeanor.

(b)  A person is subject to prosecution for criminal homicide under Chapter 19, Penal Code, if the person, with the intent to cause life-sustaining treatment to be withheld or withdrawn from another person contrary to the other person's desires, falsifies or forges a directive or intentionally conceals or withholds personal knowledge of a revocation and thereby directly causes life-sustaining treatment to be withheld or withdrawn from the other person with the result that the other person's death is hastened.

cruel and unusual punishment, i.e., deliberate indifference to serious medical needs.

Upon information and belief, Defendants further treated other similarly situated patients differently than Plaintiffs in violation of the Equal Protection Clause as it relates to obtaining informed consent to not resuscitate prior to medical treatment.

The facility violated his right to be free from unnecessary chemical restraints (§ 1396r(c)(1)(A)(ii)), and his right to not be discharged or transferred from the facility unless certain preconditions were met (§ 1396r(c)).

## VI. DAMAGES

As a result of the incident, Plaintiffs seek all damages recognizable by law, including, but not limited to, past and future medical treatment, pain, suffering, mental anguish, loss of affection, society, guidance, counseling, earnings, earning capacity, consortium, and enjoyment of life. Punitive damages sufficient to prevent future harm of others.

## VII. NOTICE GIVEN

The plaintiff has otherwise in all respects complied with all applicable provisions of Chapter 74 of the Civil Practice and Remedies Code.

## VIII. PLAINTIFFS' REQUEST FOR JURY TRIAL

The Plaintiffs hereby request a jury trial in this civil action and tender the appropriate fee to the clerk of the Court in this case. The Plaintiffs are entitled to a trial by jury in the above cause pursuant to the Constitution of the State of Texas, Article I, § 15 and the United States Constitution.

## XI. PRAYER

The plaintiff requests that the defendant be cited to appear and answer, and that on final trial the plaintiff have the following: For reasons above, Plaintiff, Laura McKeand, prays that

Defendant be cited to appear and answer, and that Plaintiffs have judgment against Defendant, as follows:

1. Actual/Non-Economic damages of Plaintiffs described above, in a fair and reasonable amount of money in excess of the minimum jurisdictional limits of this Court, or alternatively, as otherwise allowed by law.

2. Economic damages of Plaintiffs described above, in a fair and reasonable amount of money.

3. Exemplary damages resulting from Defendant's willful acts, omissions and gross negligence.

4. Pre-judgment interest as described above, or, alternatively, as otherwise allowed by law;

5. Post-judgment interest as allowed by law;

6. Attorneys' Fees, as reasonable and necessary;

7. Costs of court, and,

8. All other relief, in law and equity, to which the Plaintiffs may be entitled.

/.s/ David McKeand
David "Mac" McKeand
TBN 24037782
Fed ID 34183
1201 River Ridge
Cedar Park, TX 78732
713 956 0023
Mac.mckeand@yahoo.com